UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.  **EDCV11-01903-MWF (SHx)**                                    Date:  **July 10, 2012**

Title:      Jeffrey P. Estes, et al. -*v*- BAC Home Loans Servicing, LP, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                         None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING ACTION WITH PREJUDICE

On April 27, 2012, the Court (the Honorable Jacqueline H. Nguyen) granted Defendants' Motion to Dismiss Plaintiffs' Complaint.  (Docket No. 18).

The Court granted Defendants' Motion to Dismiss with prejudice as to Plaintiffs' two breach of contract claims, finding that amendment would be futile.  Further, the Court granted Defendants' Motion to Dismiss without prejudice as to Plaintiffs' promissory estoppel claim, noting that "[i]t is unclear whether amendment as to Plaintiffs' promissory estoppel claim would be futile."

The Court permitted Plaintiffs to file an amended complaint by no later than May 18, 2012, and warned that "[f]ailure to do so may result in dismissal of this action with prejudice."  Plaintiff to date has not filed an amended complaint.  The Court thus concludes that amendment of Plaintiffs' promissory estoppel claim, consistent with the Court's April 27 Order, would be futile.

Accordingly, this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

---